**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6453**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

DELPHONSO OSCAR BREWER,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. N. Carlton Tilley, Jr., Senior District Judge. (2:94-cr-00200-NCT-1)

_____

Submitted: August 22, 2013        Decided: August 26, 2013

_____

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Delphonso Oscar Brewer, Appellant Pro Se. Angela Hewlett Miller, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Delphonso Oscar Brewer appeals the district court's order denying his motion for clarification filed pursuant to Fed. R. Crim. P. 36. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Brewer, No. 2:94-cr-00200-NCT-1 (M.D.N.C. Feb. 27, 2013). We deny as moot Brewer's motion to remedy default. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED